615 A.2d 1197

**Joann LANCASTER**

v.

**Robin WOOD t/a R & R Remodeling Specialists, Inc.**

No. 69, Sept. Term, 1992.

Court of Appeals of Maryland.

Dec. 8, 1992.

Allan Heneson (Gordon & Heneson, P.A., both on brief), Baltimore, for petitioner.

William H. Kirkpatrick, II, on brief, Towson, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI, and ROBERT M. BELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of December, 1992

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.